# United States District Court
## Violation Notice

CVB Location Code: **SNF**

Violation Number: **F 5466084**
Officer Name (Print): **M. NAPOLETANO**
Officer No.: **13374 MN**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **13:10  08/13/2019**
Offense Charged: **36 CFR 261.5(a)**

Place of Offense: **A DISPERSED CAMPSITE OFF FOREST ROAD 10502**

Offense Description: **LEAVING A FIRE WITHOUT COMPLETELY EXTINGUISHING IT.**

### DEFENDANT INFORMATION

Last Name: **YANG**
First Name: **JIMMY**

- [ ] A IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
- [x] B IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ **350** Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ **380** Total Collateral Due

**YOUR COURT DATE**
Court Address: **TO BE NOTIFIED**

X Defendant Signature: [signed]

Original - CVB Copy    FS-S300-4 (3/2017)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **AUGUST 13**, 20**19** while exercising my duties as a law enforcement officer in the **EASTERN** District of **CALIFORNIA**

The foregoing statement is based upon:
- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/13/2019**   Officer's Signature: [signed M. Napoletano]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge